**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| LORIE A PEARL, | : | |
| | : | Bky. No. 12-11372 ELF |
| Debtor. | : | |
| | : | |
| | : | |
| DAVID FOGG, As Guardian of The Estate | : | |
| of Alice Brown, An Incapacitated Person, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LORIE A PEARL, | : | |
| | : | |
| Defendant. | : | Adv. No. 12-0382 |
| | : | |

**O R D E R**

   **AND NOW**, after trial of the above adversary proceeding, and for the reasons stated in

the accompanying Opinion, it is hereby **ORDERED** and **DETERMINED** that the debts for: (a)

the $58,396.42 "surcharge" imposed by the Court of Common Pleas, Delaware County in Case

No. 06-852 and (b) the additional surcharge claimed by the Plaintiff, arising from the purchase of

the property referred to in the Opinion as "the Florida Townhouse," are nondischargeable

pursuant to 11 U.S.C. §523(a)(4).

Date: **December 5, 2013**

                                             _____
                                             **ERIC L. FRANK**
                                             **CHIEF U.S. BANKRUPTCY JUDGE**